IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM McCONNICO

       Petitioner,

vs.                                     CASE NO. 5:04cv4-SPM/AK

WARDEN MONICA WETZEL &
UNITED STATES OF AMERICA,

       Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 17) dated September 16, 2005. Petitioner was furnished a copy and has filed an objections (doc. 18). Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted by the Court.

Petitioner has failed to show that his obligation to pay restitution has been suspended until he is released from prison. See 18 U.S.C. § 3572(d)(1) (restitution due immediately unless otherwise provided by the court). The condition of supervised release Petitioner relies upon to demonstrate a suspension states that Petitioner "shall pay any restitution and special assessment that is imposed by this judgment **that remains unpaid** at the commencement of the term of supervised release . . . ." (emphasis supplied). This condition recognizes Petitioner's obligation to make payments while in

prison and also recognizes that Petitioner is responsible for paying any portion that remains unpaid at the time he is released. The Inmate Financial Responsibility Program is a valid means to encourage and assist Petitioner in meeting his restitution obligation while he is in prison. McGhee v. Clark, 166 F.3d 884, 886-87 (7th Cir. 1999). Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. The Magistrate Judge's report and recommendation (doc. 178) is adopted and incorporated by reference into this order.

2. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

DONE AND ORDERED this 10th day of January, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge